IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.
05 JUN -6 AM 9:38
ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| SHARON DIANE BURGESS ) | |
| and husband, DOUG BURGESS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | NO. 1-03-1265-T-An |
| ) | JURY DEMAND |
| ETHICON, INC., JOHNSON & JOHNSON, ) | |
| XYZ DISTRIBUTION COMPANY, and ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This date came the Plaintiffs and the Defendants in the captioned cause by and through their counsel of record and stated to the Court that all issues under the original Complaint have been resolved by way of compromise, and they jointly request that the Court enter an Order of Dismissal with Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the within action be and the same is hereby dismissed with prejudice and statutory costs of this cause are taxed to the Defendants upon which execution may issue.

Entered this the 6th day of June, 2005.

_____
JAMES D. TODD, U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __06-06-05__

(38)

APPROVED FOR ENTRY:

*[signature]*

WALTER W. BUSSART
Attorney for Plaintiffs
520 North Ellington Parkway
Lewisburg, TN 37091

*[signature]*

CHARLES H. BARNETT, III – 008721
LISA A. HOUSTON – 20477
Attorney for Defendants, Ethicon, Inc. and
Johnson & Johnson
P.O. Box 2004
Jackson, TN 38302-2004
731-424-0461

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:03-CV-01265 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Lisa A. Houston
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Walter W. Bussart
BUSSART & MEDLEY
520 N. Ellington Pkwy.
Lewisburg, TN 37091

Honorable James Todd
US DISTRICT COURT